**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ELKE GLASS,

    Plaintiff,

v.                                                     Case No. 3:22-cv-748-TJC-PDB

THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY,

    Defendant.

_____

# **O R D E R**

On August 18, 2022, the Court directed the parties to file a joint motion for dismissal or other appropriate documents to close out this file by October 17, 2022 or the case would be automatically dismissed without prejudice. (Doc. 8). The parties did not do so; therefore, the case is dismissed without prejudice. The Clerk is directed to close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 17th day of November, 2022.



TIMOTHY J. CORRIGAN
United States District Judge

ckm
Copies:

Counsel of record